UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| REGINALD C. HOWARD,<br><br>　　　　　　Petitioner,<br>　v.<br>JAMES DZURENDA, et al.,<br><br>　　　　　　Respondents. | Case No. 2:17-cv-00573-GMN-PAL<br><br>ORDER |

Petitioner Reginald C. Howard has submitted a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 10, 2017, the court directed Howard to show cause why his petition should not be dismissed as untimely (ECF No. 3). The order directed that Howard file his response within thirty (30) days. *Id.* The order was served on Howard via U.S. mail at his address of record.

More than the allotted time to respond to this court's show-cause order has passed, and Howard has failed to respond in any way. Accordingly, this action shall be dismissed with prejudice.

**IT IS THEREFORE ORDERED** that the petition is **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that, to the extent that it is necessary in this procedural context, a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that Clerk shall enter judgment and close this case.

DATED: 12 October 2017.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　GLORIA M. NAVARRO, CHIEF JUDGE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT